TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA 94105-1545
   Telephone: (415) 977-8985
   Facsimile: (415) 744-0134
   Email: Michael.Marriott@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTONIO ULIBARRI,

    Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.

Case No. 5:21-cv-01037-JEM

**JUDGMENT OF REMAND**

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 1/6/2022

                              _/s/ John E. McDermott_
                              HON. JOHN E. McDERMOTT
                              UNITED STATES MAGISTRATE JUDGE