Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ANTONIO ULIBARRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTONIO ULIBARRI,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:21-cv-01037-JEM<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,433.57 as authorized under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs of $402 under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 1/10/2022

_____
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE